IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Cr. A. No. 05-10-SLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEF MURPHY, a/k/a | ) TITLE HELD IN THE NAME |
| JOSEPH MURPHY | ) OF: JOSEF J. MURPHY |
| | ) |
| Defendant. | ) |

**NOTICE OF LIS PENDENS**

Notice is hereby given:

1. On, February 18, 2005, a criminal information in the United States District Court for the District of Delaware against Josef Murphy.

2. In that Information, defendant Josef Murphy is charged with violation of Title 18, United States Code, Section 2314. The Information also notices criminal forfeiture pursuant to 21 U.S.C. § 853, against real property commonly known as 759 Wesley Court, West Chester, PA 19382, and more particularly described as follows:

> **All That Certain lot or piece of ground situate in the Township of West Goshen, County of Chester and Commonwealth of Pennsylvania, bounded and described to a Title Plan made by Edward B. Walsh and Associates, Inc., Civil Engineers, 750 Springdale Drive, Exton, PA 19341, 610-363-1360, for Carr Construction, dated 3/12/1996 last revised 12/9/1996 and recorded as Plan No. 13788 as follows, to wit:**

> **Beginning at a point on the Northerly side of Wesley Court, a corner of Lot No. 4; thence extending along the line of the same, North 14 degrees 58 minutes 37 seconds West 143.08 seconds to a point in the line of lands now or late of Robert E and Kathleen T. Mull; thence extending along same and lands now or late of George L. and Karen A. Finegan, North 64 degrees 0 minutes 0 seconds East 161.50 feet to a point in the line of Lot No. 6; thence extending along same,**

1

South 9 degrees 27 minutes 14 seconds West 208.28 feet to a point on Wesley Court; thence extending along same, along the arc of a circle curving to the left with a radius of 175 feet the are distance of 74.62 to the point of beginning.

Being Lot No. 5 on said Plan.
Containing 0.429 acres more or less.
Being known as 759 Wesley Court
Being UPI NO. 52-5-116.12E.

Being the same premises which Wesley Court, Inc., by indenture bearing date July 10, 1998 and recorded July 28, 1998 in the Office of the Recorder of Deeds, in and for the County of Chester in Record Book 4390 page 2160 etc., granted and conveyed unto George A. Hampton and Linda D. Hampton, in fee.

The record owner of the defendant realty is Josef J. Murphy and Scheherazada Zuniga-Murphy by virtue of that certain warranty deed to Josef J. Murphy and Scheherazada Zuniga-Murphy, recorded in the public records of West Chester County, Pennsylvania, in Official Records Book 6278, Pages 974, on September 9, 2004.

3. The object of the forfeiture notice in the Information is the forfeiture to the United States of the real property described above.

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment. Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court of Delaware.

COLM F. CONNOLLY
United States Attorney

BY: _Douglas E. M_ _____

Douglas E. McCann
Assistant United States Attorney

DATED this ___4th___ day of March, 2005.

2

## CERTIFICATE OF SERVICE

I hereby certify that on **March 15, 2005**, I electronically filed a **NOTICE OF LIS PENDENS** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Edmund D. Lyons, Jr., Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 777-5698
elyons@lyonslaw.com

COLM F. CONNOLLY
United States Attorney

By:   /s/Douglas E. McCann
    Douglas E. McCann
    Assistant United States Attorney
    Delaware Bar I.D. No. 3852
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Douglas.McCann@usdoj.gov