IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Crim. No. 05-010-SLR |
| JOSEF J. MURPHY, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 29th day of March, 2005,

IT IS ORDERED that a telephonic status conference is scheduled for **Monday, April 4, 2005** at **8:30 a.m.**, with the court initiating said call.

_____
United States District Judge