IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 05-010-SLR |
| JOSEF J. MURPHY, | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 4th day of April, 2005, having conferred with counsel;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Wednesday, May 4, 2005** at **8:30 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **May 4, 2005** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge