

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*                             *(302) 573-6277*
*1007 Orange Street, Suite 700*                *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

April 27, 2005

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:  United States v. Josef J. Murphy
          Criminal Action No. 05-10-SLR

Dear Chief Judge Robinson:

    The United States requests that the change of plea hearing be continued from May 4, 2005, at 8:30 A.M., to May 18, 2005, at 5:00 P.M. Counsel for the defendant does not oppose this continuance.

                                            Respectfully,

                                            COLM F. CONNOLLY
                                            United States Attorney

                           BY:           /s/
                                             Beth Moskow-Schnoll
                                           Assistant United States Attorney

cc:  Edmund D. Lyons, Esquire
      Clerk, U.S. District Court