**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-10-SLR |
| | : | |
| JOSEF J. MURPHY, | : | |
| | : | |
| Defendant. | : | |

**MOTION AND ORDER TO CONTINUE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to continue the change of plea hearing from May 4, 2005, at 8:30 A.M., to May 18, 2005, at 5:00 P.M. Counsel for the defendant does not oppose this continuance.

        COLM F. CONNOLLY
        United States Attorney

BY: /s/_____
        Beth Moskow-Schnoll
        Assistant United States Attorney

Dated: April 28, 2005

**IT IS SO ORDERED** this _____ day of _____, 2005.

_____
HONORABLE SUE L. ROBINSON
Chief Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-10-SLR |
| | : | |
| JOSEF J. MURPHY, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

    I, Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, certify that on April 28, 2005, I electronically filed a MOTION AND ORDER TO CONTINUE with the Clerk of Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Edmund D. Lyons, Jr., Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

/s/
Beth Moskow-Schnoll
Assistant United States Attorney