

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-10-SLR |
| JOSEF J. MURPHY, | : | |
| Defendant. | : | |

### MOTION AND ORDER TO CONTINUE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to continue the change of plea hearing from May 4, 2005, at 8:30 A.M., to May 18, 2005, at 5:00 P.M. Counsel for the defendant does not oppose this continuance.

COLM F. CONNOLLY
United States Attorney

BY: /s/
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 28, 2005

IT IS SO ORDERED this 29th day of April, 2005.

HONORABLE SUE L. ROBINSON
Chief Judge