IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.;  05-10-SLR |
| | ) |
| JOSEF J. MURPHY, | ) |
| | ) |
| Defendant. | ) |

ORDER

GOOD CAUSE APPEARING therefore, it is hereby Ordered that a Change of Plea in the above referenced matter is continued to June __16__, 2005 at __8:30__ _a_.m.

_____
The Hon. Sue L. Robinson

Dated: