Mailing:
The News Journal
PO Box 15505
Wilmington, DE 19850

Street
The News Journal
950 W. Basin Road
New Castle, DE 19720
(302) 324-2500

Sunday News Journal
The News Journal

05 CR 10

# The News Journal

## AFFIDAVIT OF PUBLICATION

STATE OF DELAWARE             COUNTY OF NEW CASTLE

Personally appeared before me this 9th day of September, 2005:

I, Melissa Michelson, of the NEWS JOURNAL COMPANY, a daily newspaper printed and published in the County of New Castle, State of Delaware, who, being duly sworn states that the advertisement of <u>United States Marshall Service-Criminal Action No. 05-10-SLR</u> was published in THE NEWS JOURNAL on <u>September 9, 2005</u>
and/or THE SUNDAY NEWS JOURNAL on <u>n/a</u>

_Melissa Michelson_         _Legal Coordinator_
Name                         Title

Sworn to before me this 9th day of September 2005

_Elizabeth A. Dobek_
Notary Public

RECEIVED
SEP 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA
                    Plaintiff,
         v.
JOSEF J. MURPHY
                    Defendant
Criminal Action No. 05-10-SLR

**NOTICE OF CRIMINAL JUDICIAL FORFEITURE**

NOTICE IS HEREBY GIVEN that on August 30, 2005, the United States District Court for the District of Delaware issued a Preliminary Order of Forfeiture against approximately $4,435,120.87 contained in the following Atlantic Bank of New York accounts: 1900 2930, 1900 3425, 2000 5939, 2000 6021, 2000 6137, 2000 7192, and 2000 9713; approximately $19,899.38 contained in Atlantic Bank of New York account 10024842; approximately $17,345.12 contained in First National Bank of Chester County account 4000-6140; approximately $1,449,245.00 contained in TD Waterhouse account 370-06198; approximately $2,175,581.86 contained in Ameritrade accounts 160-349320 and 165-051046; and a Leesport cashier's check (#4434236195) made payable to the United States Marshal's Service in the amount of $225,000.

Any person having or claiming an interest in the property must file a petition in the above-captioned case pursuant to 21 U.S.C. § 853(n) within 30 days of the final publication of this notice, or 30 days of receiving direct notice, of the entry of an order of forfeiture against the property, whichever is earlier. The petition must be verified on oath and must state the interest in the property by virtue of which the claimant demands its restitution and the right to defend this action. If the petition is made by an agent, bailee, or attorney on behalf of the person entitled to possession of the property, it shall state the authority by which he/she is entitled to make the claim on behalf of such person.

                    David Thomas
                    United States Marshal
9/9-NJ
                    —0110111572-01

RECEIVED
U.S. ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
2005 SEP 22  AM 10: 01