IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-10-SLR |
| | : | |
| JOSEF MURPHY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

THIS 25th day of October, 2005, IT IS HEREBY ORDERED that the Motion to Unseal the Preliminary Order of Forfeiture GRANTED.

_____
UNITED STATES DISTRICT JUDGE