IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
05 DEC -5 AM 10: 09
OFFICE OF THE
PROTHONOTARY
CHESTER CO. PA.

05-01847

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) Cr. A. No. 05-10-SLR | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | |
| ) | |
| JOSEF MURPHY, a/k/a       ) TITLE HELD IN THE NAME | |
| JOSEPH MURPHY       ) OF: JOSEF J. MURPHY | |
| ) | |
| Defendant.       ) | |

### RELEASE OF LIS PENDENS

Notice is hereby given that pursuant to 25 Del.C. § 1609, the certain lis pendens recorded in the United States District Court for the District of Delaware and the Chester County Phothonotary Office (a copy which is attached hereto), is hereby released and discharged.

The property affected by this release is described as **759 Wesley Court, West Chester, PA 19382**.

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

DATED this ___10th___ day of November, 2005

The foregoing instrument was acknowledged before me this ___10th___ day of November, 2005.

_____
NOTARY PUBLIC

BARBARA D. LOTHARP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 8, 2006

RETURN TO:
United States Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

| | |
|---|---|
| STATE OF DELAWARE ) | FILED |
| ) ss. | |
| County of New Castle ) | 05 DEC -5 AM 10: 09 |

OFFICE OF THE
PROTHONOTARY
CHESTER CO. PA.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the Government's Release of Lis Pendens was sent via United States regular mail on this __10th__ day of November, 2005, to the following:

Edmond D. Lyons, Jr., Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

BY: _____
Douglas E. McCann
Assistant United States Attorney