

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

February 10, 2006

**BY HAND**

Dr. Peter T. Dalleo
Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, Delaware  19801

      Re:    **United States v. Joseph Murphy, Criminal Action No. 05-10 SLR**

Dear Dr. Dalleo:

      On September 30, 2005, the Court ordered restitution in this case in the amount of $8,240,697.79  (D.I. 30)  On November 14, 2005, the Chief of the Asset Forfeiture and Money Laundering Section, U.S. Department of Justice, approved the restoration of property forfeited from the Defendant up to the amount of the Court's restitution order.  Accordingly, please find enclosed checks in the following amounts:

| Check Number | Amount |
|---|---|
| 8154-00322281 | $5,801,437.89 |
| 8147-00082190 | $2,197,695.57 |
| 8166-00182588 | $224,284.60 |
| 8166-00182579 | $17,279.73 |

      We respectfully request that you distribute these funds to the victims identified in the Court's restitution order in the amounts specified by the Court's order as soon as possible.

Dr. Peter T. Dalleo
February 10, 2006
Page 2

    Thank you for your assistance in this matter.

                        Very truly yours,

                        COLM F. CONNOLLY
                        United States Attorney

               BY: _____
                        Douglas E. McCann
                        Assistant United States Attorney


cc:    Honorable Sue L. Robinson
       Beth Moskow-Schnoll, AUSA
       Susan Baldwin, VWC
       Edmund D. Lyons, Jr., Esquire
       United States Marshal, District of Delaware
       United States Marshal, District of Nebraska
       United States Marshal, Eastern District of Pennsylvania
       United States Marshal, Southern District of New York

       Enclosures

RECEIPT ACKNOWLEDGED

_____ Date: 2/10/06