IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America | : |
| Plaintiff, | : |
| v. | : Criminal No. 05-010-SLR |
| Josef, J Murphy | : |
| Defendant, | : |

## SATISFACTION OF JUDGMENT

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

                                        COLM F. CONNOLLY
                                        United States Attorney

By: _____
                                        Patricia C. Hannigan
                                          Assistant United States Attorney
                                          Delaware Bar I.D. No. 2145
                                          The Nemours Building
                                          1007 Orange Street, Suite 700
                                          P. O. Box 2046
                                          Wilmington, DE 19899-2046
                                          (302) 573-6277
                                          Patricia.Hannigan@usdoj.gov

November 21, 2006