


# U. S. DISTRICT COURT
## U. S. PROBATION & PRETRIAL SERVICES
### DISTRICT OF DELAWARE

**JOHN R. MCDONOUGH**
Chief U. S. Probation Officer

MAIL ADDRESS:
J. CALEB BOGGS FEDERAL BLDG.
LOCKBOX #39
844 KING STREET
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:
SUITE 400
824 MARKET STREET
WILMINGTON, DE 19801-3588
302-252-2950
FAX 302-573-6658

BRANCH OFFICE LOCATION:
ROOM 2201, FEDERAL BLDG.
300 S NEW STREET
DOVER, DE 19904
302-677-0633
FAX 302-677-0640

**November 5, 2007**

FILE
NOV - 6
U.S. DIST____
DISTRICT OF __

**TO:** Keith Kincaid
Clerk's Office

**FROM:** Kathie Kamen

**RE:** **MURPHY, Josef**
**Our Docket No.: 0311/1:05CR00010-001-SLR**
**New Docket No.: ED/PA 2:07CR00587**
**Transfer of Jurisdiction to the Eastern District of Pennsylvania**

---

Attached, please find the original signed Probation Form 22 and a copy of the letter from the Eastern District of Pennsylvania, accepting jurisdiction of the above-named case. Please forward the case material to the Clerk's Office in Philadelphia, PA.

We are closing our interest in the case.

Thank you for your assistance in this matter. Please let me know if there are any questions.

JGS/kak