# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### PROBATION OFFICE

DANIEL W. BLAHUSCH
CHIEF U.S. PROBATION OFFICER

THE MADISON BUILDING
400 WASHINGTON STREET
SUITE 101
READING, PA 19601
610-320-5253
FAX # 610-320-5228

October 16, 2007

John G. Selvaggi, Deputy
Chief U.S. Probation Officer
Suite 400
824 Market Street
Wilmington, DE 19801-3588

RE: Murphy, Josef
Docket No. 1:05CR00010-001 (SLR)
D/DE
<u>TRANSFER OF JURISDICTION</u>

Dear Mr. Selvaggi:

Enclosed, please find form PROB 22, Transfer of Jurisdiction, signed on October 1, 2007, by The Honorable Timothy J. Savage, for the Eastern District of Pennsylvania, assigned Case No. 2:07-CR-587. Please forward to your Clerk's office for processing. Thank you.

Sincerely,

Daniel W. Blahusch, Chief
U.S. Probation Officer

John M. Sanderson
U.S. Probation Officer

JMS/am

Enclosure

Approved by:
Charles D. Donahue, Jr., Supervising
U.S. Probation Officer