| PROB 22 (Rev. 2/88) | REDACTED TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:05CR00010-001 (SLR) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:07-cr-587 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Josef Murphy ~~REDACTED~~ West Chester, Pennsylvania | DISTRICT Delaware | DIVISION Wilmington |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sue L. Robinson | |
| FILED NOV - 6 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 1, 2007 | TO July 31, 2010 |

**OFFENSE**

Money Laundering and Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_August 30, 2007_                _Sue L. Robinson_
Date                                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_October 1, 2007_               _Timothy_
Effective Date                            United States District Judge