OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 8, 2007

Michael E. Kunz, Clerk of Court
United States District Court
Eastern District of Pennsylvania
2609 James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

    RE:    **U.S.A. v. Josef J. Murphy**
                **Criminal Action No. 05 CR 010-SLR**

Dear Mr. Kunz,

    Pursuant to the transfer of jurisdiction order (sealed certified copy attached) regarding Josef J. Murphy, enclosed please find a certified copy of the judgment together with certified copies of the docket and information in the above case.

    Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: _Francesca Tassone_
Francesca M. Tassone
Deputy Clerk

Enc.
/fmt

cc:    U.S. Probation
        Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

11/9/07
**Date**

_[signature]_
**Signature**